**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| ATLANTIC RICHFIELD COMPANY, E.I. DU PONT DE NEMOURS AND COMPANY, NL INDUSTRIES, INC., PPG INDUSTRIES, INC., AND THE SHERWIN-WILLIAMS COMPANY, | : | No. 308 MAL 2023 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| Respondents | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| THE COUNTY OF MONTGOMERY, PENNSYLVANIA, | : | |
| | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 20th day of November, 2023, the Petition for Allowance of Appeal is **DENIED**.